No. D–2633. IN RE DISCIPLINE OF BAGNELL. Gilbert Scott Bagnell, of Catskill, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2634. IN RE DISCIPLINE OF KLINGSMITH. Philip C. Klingsmith III, of Gunnison, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 11M91. SHREWSBURY v. ASTRUE; COMMISSIONER OF SOCIAL SECURITY; and

No. 11M93. HAUGHTON v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M92. JOHN MEZZALINGUA ASSOCIATES, INC., DBA PPC v. INTERNATIONAL TRADE COMMISSION. Motion for leave to file petition for writ of certiorari under seal denied without prejudice to filing a renewed motion explaining in detail the basis for sealing the petition along with a redacted version of the petition limited to information not part of the public record in the Court of Appeals within 30 days.

No. 11–166. RADLAX GATEWAY HOTEL, LLC, ET AL. v. AMALGAMATED BANK. C. A. 7th Cir. [Certiorari granted, 565 U. S. 1092.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–192. UNITED STATES v. BORMES. C. A. Fed. Cir. [Certiorari granted, 565 U. S. 1153.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 11–204. CHRISTOPHER ET AL. v. SMITHKLINE BEECHAM CORP., DBA GLAXOSMITHKLINE. C. A. 9th Cir. [Certiorari granted, 565 U. S. 1057.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.